No. 77–159. INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS, AFFILIATED LOCAL UNION 597 *v.* LINBECK CONSTRUCTION CORP. C. A. 5th Cir. Certiorari denied.

No. 77–175. STROUP *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 77–231. NACHBAUR *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–317. GRATEHOUSE *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–346. HARMONT PLAZA, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 77–351. ALABAMA *v.* ROCKAWAY CORP. Ct. Civ. App. Ala. Certiorari denied.

No. 77–449. HOULIHAN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 77–455. RUSSOM ET AL. *v.* SEARS, ROEBUCK & CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–456. PATCH ET AL. *v.* WHITE, MAYOR OF BOSTON, ET AL. C. A. 1st Cir. Certiorari denied.

No. 77–460. GARGALLO *v.* GARGALLO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 77–464. STORER ET AL., CO-EXECUTORS *v.* STORER. Sup. Ct. Fla. Certiorari denied.